UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 96-1320

VICTOR L. TAYLOR,

Petitioner,

versus

DIRECTOR, OFFICE OF WORKERS' COMPENSATION
PROGRAMS, UNITED STATES DEPARTMENT OF LABOR;
JAGRTI COAL COMPANY, INCORPORATED,

Respondents.

On Petition for Review of an Order of the Benefits Review Board.
(95-1985-BLA)

Submitted: October 15, 1996      Decided: November 1, 1996

Before WILLIAMS and MOTZ, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Victor L. Taylor, Petitioner Pro Se.  Patricia May Nece, Gary K.
Stearman, UNITED STATES DEPARTMENT OF LABOR, Washington, D.C.;
Konstantine Keian Weld, OFFICE OF THE ATTORNEY GENERAL OF WEST
VIRGINIA, Charleston, West Virginia, for Respondents.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the Benefits Review Board's final decision and order denying his claim for benefits under the Black Lung Benefits Act, 30 U.S.C.A. §§ 901-945 (West 1986 & Supp. 1996). We have reviewed the record and the Benefits Review Board's order affirming the decision of the administrative law judge and find no reversible error. Accordingly, we affirm on the reasoning of the Benefits Review Board. <u>Taylor v. Director, Office of Workers' Compensation Programs</u>, No. 95-1985-BLA (B.R.B. Jan. 18, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>